FILED: February 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1155 (L)
(4:21-cv-00185-BO)

_____

MONTOYAE DONTAE SHARPE

    Plaintiff - Appellee

v.

DAVID RICKY BEST; JEFFREY D. SHROCK

    Defendants - Appellants

 and

CAROLYN MELVIN; CITY OF GREENVILLE, NC

    Defendants

_____

No. 25-1154
(4:22-cv-00088-BO-RJ)

_____

MONTOYAE DONTAE SHARPE

    Plaintiff - Appellee

v.

CAROLYN MELVIN

Defendant - Appellant

and

DAVID RICKY BEST; JEFFREY D. SHROCK; CITY OF GREENVILLE, NC

Defendants

------------------------------

O R D E R

------------------------------

The court consolidates Case No. 25-1155 and Case No. 25-1154. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk